UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin P. Feeley

        v.                           Civil No. 09-cv-432-JL

State of New Hampshire

O R D E R

After due consideration of the objection filed, and the Order of November 16, 2010 by Magistrate Judge Lanyda B. McCafferty, I herewith approve the Report and Recommendation of Magistrate Judge McCafferty dated August 20, 2010.

SO ORDERED.

November 18, 2010                             _____
                                                           Joseph N. Laplante
                                                           United States District Judge

cc:    Kevin P. Feeley, pro se